Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>AHMED ABDO GHAZALY, individually and dba TRIANGLE DRIVE-IN, et al.,<br><br>  Defendants. | No.  1:13-cv-00641-LJO-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 9, 2013                              MOORE LAW FIRM, P.C.


                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                Natividad Gutierrez

*Gutierrez v. Ghazaly, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 9, 2013**                              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE